Morgan V. Manley
SMITH GAMBRELL & RUSSELL LLP
1301 Avenue of the Americas, 15th Floor
New York, New York 10025
Telephone:  212.907.9700
Facsimile:  312.907.9800
mmanley@sgrlaw.com

*Counsel for Leros Point to Point, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| DANIEL AUCAR, | : | Case No. 25-22507 (SAB) |
| | : | |
| Debtor. | : | Hon. Shireen A. Barday |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| LEROS POINT TO POINT, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | Adv. No. 25-07023 (SAB) |
| v. | : | |
| | : | |
| DANIEL AUCAR, | : | |
| | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF STATUS CONFERENCE

PLEASE TAKE NOTICE that a status conference in the above-captioned adversary proceeding will be held before the Honorable Shireen A. Barday, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 501, New York, New York 10004, on **July 7, 2026, at 1:00 p.m. (prevailing Eastern Time)** (the "**Status Conference**").

**PLEASE TAKE FURTHER NOTICE** that the Status Conference will be conducted remotely *via* Zoom for Government. Those wishing to participate must register their appearance by using   the Electronic Appearance portal located at the Court's website at: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

Dated: New York, New York
July 7, 2026

**SMITH GAMBRELL & RUSSELL LLP**

By:  /s/ *Morgan Manley*＿＿＿＿＿＿＿＿
One of Its Attorneys

Morgan V. Manley
SMITH GAMBRELL & RUSSELL LLP
1301 Avenue of the Americas, 15th Floor
New York, New York 10025
Telephone:  212.907.9700
Facsimile:   312.907.9800
mmanley@sgrlaw.com

*Counsel for the Plaintiff*